UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

-----------------------------------------------------------X

UFCW LOCAL 1776 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE FUND,
ERIC TAYAG, and MID-WEST NATIONAL LIFE
INSURANCE COMPANY OF TENNESSEE, on
behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.

ELI LILLY AND COMPANY,

                Defendant.

-----------------------------------------------------------X

LOCAL 28 SHEET METAL WORKERS, on
behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.

ELI LILLY AND COMPANY,

                Defendant.

-----------------------------------------------------------X

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH AND WELFARE FUND, on behalf of
themselves and others similarly situated,

                Plaintiffs,

    vs.

ELI LILLY AND COMPANY,

                Defendant.

-----------------------------------------------------------X

MEMORANDUM & ORDER
MOTIONS FOR SUMMARY JUDGMENT

04-MD-1596

05-CV-4115
05-CV-2948

06-CV-0021

06-CV-6322

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2008 ★

At the parties' request, the hearing scheduled for tomorrow, September 18, 2007, at 10am has been rescheduled for September 21, 2007, at 10am.

SO ORDERED.

s/Jack B. Weinstein
Jack B. Weinstein

Date:    September 17, 2008
            Brooklyn, N.Y.